1

2

3

4

5

6

7

8                    United States District Court

9                   Eastern District of California

10

11

12   John C. Montue,

13          Petitioner,              No. Civ. S 04-2663 GEB PAN P

14      vs.                          Order

15   Teresa A. Schwartz, et al.,

16          Respondents.

17                         -oOo-

18      December 17, 2004, petitioner filed a petition for habeas

19   corpus.  April 13, 2005, the court served respondent and ordered

20   a response.

21      April 15, 2005, petitioner filed a petition for habeas

22   corpus.  The clerk of court construed the pleading as amended

23   petition for habeas corpus and filed the documents in this

24   action.  April 28, 2005, the court ordered the clerk to serve the

25   amended petition and respondent to respond.

26

April 28, 2005, petitioner filed a letter explaining he intended his April 15, 2005, pleading to commence a new action challenging his underlying conviction, while the December 17, 2004, petition challenges his parole status.  The two cases are unrelated.

Good cause appearing, the court hereby orders that:

1.  The April 28, 2005, order is vacated.  Respondent shall respond to the December 17, 2004, petition as directed in the court's April 13, 2005, order.

2.  The clerk of court shall open a new habeas corpus action and randomly assign it to a district judge and magistrate judge. In the new action the clerk shall file the April 15, 2005, pleading and docket it as "petition for habeas corpus," the April 18, 2005, motion to proceed in forma pauperis, and a copy of this order.

Dated:  May 10, 2005.

_/s/ Peter A. Nowinski_____
PETER A. NOWINSKI
Magistrate Judge